DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Animal Legal Def. Fund v. Woodley<br><br>Case below:<br>181 N.C. App. 594 | No. 127P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-358)<br><br>2. Plt's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 10/11/07<br><br>3. Denied 10/11/07 |
| Ard v. Owens-Illinois<br><br>Case below:<br>182 N.C. App. 493 | No. 220P07 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA06-376)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/11/07<br><br>2. Dismissed as Moot 10/11/07 |
| Atkins v. Mortenson<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 415A07 | 1. Plt's NOA Based Upon a Constitutional Question (COA06-854)<br><br>2. Def's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed 10/11/07 |
| Austin v. Continental Gen. Tire<br><br>Case below:<br>185 N.C. App. ——<br>(21 August 2007) | No. 073P01-2 | 1. Def's Motion for Temporary Stay (COA06-1390)<br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 09/25/07 Stay dissolved 10/11/07<br><br>2. Denied 10/11/07<br><br>3. Denied 10/11/07<br><br>**Edmunds, J., Recused Hudson, J., Recused** |
| Beksha-Brown v. Mason<br><br>Case below:<br>179 N.C. App. 863 | No. 565P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-350) | Denied 10/11/07 |
| Berryhill v. Shelton<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 232P07 | Def's (Alvin Berryhill) PDR Under N.C.G.S. § 7A-31 (COA06-697) | Dismissed 10/11/07 |
| Burgin v. Owen<br><br>Case below:<br>181 N.C. App. 511 | No. 189P07 | Plt's Petition for Writ of Certiorari to Review Decision of the COA (COA06-450) | Denied 10/11/07 |
| Caldwell v. Branch<br><br>Case below:<br>181 N.C. App. 107<br>(2 January 2007) | No. 077P07 | Def's (Branch) PDR Under N.C.G.S. 7A-31 (COA06-94) | Denied 11/08/07 |